UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-21530-RAR (Consolidated)

**GUADALUPE SUAZO DE ORDONEZ**,
*and all similarly situated individuals*,

    Plaintiff,

v.

**MINT CENTER LLC**,
*d/b/a Mint Wellness Center Miami, et al.*,

    Defendants.
_____/

## ORDER ON CONSOLIDATION

**THIS MATTER** comes before the Court *sua sponte* following the consolidation of these actions. The Complaints in these consolidated cases are filed under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* ("FLSA"). Accordingly, the Court, prior to consolidation, issued an Order in Actions Brought Under the Fair Labor Standards Act ("Order"), [ECF No. 7]. To assist the Court in the management of this case, and in an effort to foster early and cost-effective resolution, the parties in the recently consolidated cases are **ORDERED** to comply with the Court's Order and shall therefore comply with the following procedures:

    1.    Plaintiffs Josselin Paola Banegas Bardales, Jeimy Paola Espinoza, and Mildred Marisol Bardale Ochoa shall file a "*Statement of Claim*" in compliance with the Court's Order along with <u>all</u> supporting documents (including time sheets, pay stubs, etc.) **on or before May 24, 2023**. Additionally, if the Complaints do not contain the information identified in the Court's Order, Plaintiffs shall file amended complaints. *See* Order at 1.

2. Defendants shall then file a "*Response to Plaintiffs' Statement of Claim*" setting forth in detail any defenses to Plaintiffs' claim(s) and serve copies of <u>all</u> supporting documents **within fourteen (14) days** of the date on which Plaintiffs file their Statement of Claim.

3. All actions consolidated in this matter are **REFERRED** for purposes of a joint settlement conference before Magistrate Judge Jacqueline Becerra. The parties shall refer to Magistrate Judge Becerra's procedure for setting the settlement conference. *See* Paperless Order Regarding Procedures to Set Settlement Conference, [ECF No. 13].

4. In the event the settlement conference is unsuccessful, all parties are required to participate in subsequent mediation, which shall take place by the deadline contained in the Court's Scheduling Order, entered separately.

5. Failure to comply with **ANY** of these procedures may result in the imposition of appropriate sanctions, including but not limited to, the dismissal of this action or entry of default.

**DONE AND ORDERED** in Miami, Florida, this 16th day of May, 2023.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**