**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-CV-21530-RAR**

**GUADALUPE SUAZO DE ORDONEZ,**
**JOSSELIN PAOLA BANEGAS BARDALES,**
**MILDRED MARISOL BARDALES OCHOA,**
**JEIMY PAOLA ESPINOZA**
and all similarly situated individuals,

       Plaintiffs,

v.

**MINT CENTER LLC**, d/b/a
MINT WELLNESS CENTER MIAMI,
A Florida Limited Liability Company and
**MINT DESIGN LLC**, A Florida Limited
Liability Company

       Defendants.
_____/

**PLAINTIFFS' STATEMENT OF CLAIM**

      **COMES NOW** Plaintiffs, GUADALUPE SUAZO DE ORDONEZ, JOSSELIN PAOLA BANEGAS BARDALES, MILDRED MARISOL BARDALES OCHOA, JEIMY PAOLA ESPINOZA, by and through the undersigned attorney, hereby file this Statement of Claim pursuant to the Order in Actions Brought Under the Fair Labor Standards Act, and states as follows:

I.   NATURE OF THE WAGES OWED

    1) Plaintiffs seeks to recover unpaid overtime wages from the Defendants pursuant to the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, et seq.

II.  APPROXIMATE PERIOD DURING WHICH THE ALLEGED FLSA VIOLATIONS OCCURRED

    1) From approximately April of 2020 through November of 2022 Plaintiff, GUADALUPE SUAZO DE ORDONEZ, worked overtime for which she was either not fully compensated or not compensated at all. (Please see supporting documents attached as exhibit "A")

    2) From approximately March of 2022 through January of 2023 Plaintiff, JOSSELIN PAOLA BANEGAS BARDALES, worked overtime for which she was either not fully

compensated or not compensated at all. (Please see supporting documents attached as exhibit "B")

3) From approximately June of 2019 through January of 2023 Plaintiff, MILDRED MARISOL BARDALES OCHOA, worked overtime for which she was either not fully compensated or not compensated at all. (Please see supporting documents attached as exhibit "C")

4) From approximately May of 2022 through December of 2022 Plaintiff, JEIMY PAOLA ESPINOZA, worked overtime for which she was either not fully compensated or not compensated at all. (Please see supporting documents attached as exhibit "D")

III.   AN INITIAL ESTIMATE OF THE TOTAL AMOUNT OF ALLEGED UNPAID WAGES

1) Plaintiff GUADALUPE SUAZO DE ORDONEZ  is owed approximately $4,025.00 in back overtime pay plus an equal amount as liquidated damages totaling $8,050.00.

2) Plaintiff JOSSELIN PAOLA BANEGAS BARDALES is owed approximately owed approximately $4,400 in back overtime pay plus an equal amount as liquidated damages totaling $8,800.00.

3) Plaintiff MILDRED MARISOL BARDALES OCHOA is owed approximately owed approximately $15,600 in back overtime pay plus an equal amount as liquidated damages totaling $31,200.

4) Plaintiff JEIMY PAOLA ESPINOZA is owed approximately owed approximately $4,025.00 in back overtime pay plus an equal amount as liquidated damages totaling $8,050.00.

IV.   A PRELIMINARY CALCULATION OF SUCH WAGES;

1) From approximately April of 2020 through November of 2022 Plaintiff, GUADALUPE SUAZO DE ORDONEZ, worked approximately 805 hours of overtime for which she was either not fully compensated or not compensated at all. Plaintiff GUADALUPE SUAZO DE ORDONEZ  regular rate of pay was $10.00 per hour for each hour worked, therefore an additional $5 per hour is owed for each hour of overtime worked. Plaintiff GUADALUPE SUAZO DE ORDONEZ  is owed approximately $4,025.00 (Calculated at $5 x 805 = $4,025.00) in back overtime pay plus an equal amount as liquidated damages totaling $8,050.00.

2) From approximately March of 2022 through January of 2023 Plaintiff, JOSSELIN PAOLA BANEGAS BARDALES, worked approximately 880 hours of overtime for which she was either not fully compensated or not compensated at all. Plaintiff JOSSELIN PAOLA BANEGAS BARDALES regular rate of pay was $10.00 per hour for each hour worked, therefore an additional $5 per hour is owed for each hour of overtime worked. Plaintiff JOSSELIN PAOLA BANEGAS BARDALES is owed approximately $4,400.00 (Calculated at $5 x 880 = $4,025.00) in back overtime pay plus an equal amount as liquidated damages totaling $8,800.00.

3) From approximately January of 2020 through January of 2023 Plaintiff, MILDRED MARISOL BARDALES OCHOA, worked approximately 3,120  hours of overtime for which she was either not fully compensated or not compensated at all. Plaintiff MILDRED MARISOL BARDALES OCHOA regular rate of pay was $10.00 per hour for each hour worked, therefore an additional $5 per hour is owed for each hour of overtime worked. Plaintiff MILDRED MARISOL BARDALES OCHOA is owed approximately $15,600 (Calculated at $5 x 3,120 = $15,600) in back overtime pay plus an equal amount as liquidated damages totaling $31,200.

4) From approximately May of 2022 through December of 2022 Plaintiff, JEIMY PAOLA ESPINOZA, worked approximately 805  hours of overtime for which she was either not fully compensated or not compensated at all. Plaintiff JEIMY PAOLA ESPINOZA regular rate of pay was $10.00 per hour for each hour worked, therefore an additional $5 per hour is owed for each hour of overtime worked. Plaintiff JEIMY PAOLA ESPINOZA is owed approximately $4,025.00 (Calculated at $5 x 805 = $4,025.00) in back overtime pay plus an equal amount as liquidated damages totaling $8,050.00.

Respectfully submitted on this 23rd day of May, 2023

By:/s/ Brian Yosef
Brian Yosef, Esq.
Florida Bar No. 31179
ISRIEL PONZOLI, P.A.
2121 SW 3rd Avenue, 7th Floor
Miami, Florida 33129
Telephone: (305) 577-4800
Facsimile:  (305) 577-4808
Email: byosef@isrielponzoli.com
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on this 23rd day of May, 2023 a true and correct copy of the foregoing was filed via electronic filing using the CM/ECF system with the Clerk of Court which sent e-mail notification of such filing to all CM/ECF participants in this case, and a copy was forwarded via  e-mail to:

| | |
|---|---|
| RICHARD J. DIAZ, P.A. | LAW OFFICE OF LOWELL J. KUVIN |
| 3127 Ponce de Leon Blvd. | 17 East Flagler St. Suite 223 |
| Coral Gables, FL 33134 | Miami Florida 33131 |
| Tel.: (305) 444-7181 | Tele: (305) 358-6800 |
| Email: rick@rjdpa.com | Email: lowell@kuvin.law |
| Attorney for Defendants | Attorney for Defendants |

    By:/s/ Brian Yosef_____
    Brian Yosef, Esq.
    Florida Bar No. 31179

# EXHIBIT "A"

## Mint
wellness center
MIAMI

**Pay stub STAFF**

| Name: | GUADALUPE SUAZO | Area | ASSIST |
|-------|-----------------|------|--------|

| Qty | Description | Assignments | Deductions |
|-----|-------------|-------------|------------|
| | Hours worked period 1/1/22 to 1/16/22 | 796.2 | |
| | Other assignments | | |
| | Tips | 276.67 | |
| | Accounts receivable | | |
| | Accounts receivable | | |
| | | 1072.87 | 0 |

| TOTAL | | $ | 1,072.87 |
|-------|--|---|----------|
| Pay with | Date | | 1/16/22 |
| Receive Conform | | | |

286.7        3.50%

**Mint wellness center MIAMI**

**Pay stub STAFF**

| Name: | **GUADALUPE SUAZO** | Area | **ASSIST** |
|---|---|---|---|

| Qty | Description | Assignments | Deductions |
|---|---|---|---|
| 44 | Hours worked period 8/16/21 to 8/31/21 | 440 | |
| | Other assignments | | |
| | Tips | 113.39 | |
| | Accounts receivable | | |
| | Accounts receivable | | |
| | | 553.39 | 0 |

| TOTAL | | $ | 553.39 |
|---|---|---|---|
| Pay with | Date | | 9/1/21 |
| Receive Conform | | | |

**Mint wellness center MIAMI**

**Pay stub STAFF**

| Name: | GUADALUPE SUAZO | Area | **ASSIST** |
|---|---|---|---|

| Qty | Description | Assignments | Deductions |
|---|---|---|---|
| | Hours worked period 1/16/22 to 1/31/22 | 541.35 | |
| | Other assignments | | |
| | Tips | 168.88 | |
| | Comissions | | |
| | Accounts receivable | | |
| | | 710.225 | 0 |

| TOTAL | | $ | 710.23 |
|---|---|---|---|
| Pay with | Date | | 2/1/22 |
| Receive Conform | | | |

175          3.50%

**Mirta wellness center MIAMI**

**Pay stub STAFF**

| Name: | GUADALUPE SUAZO | Area | **ASSIST** |
|---|---|---|---|

| Qty | Description | Assignments | Deductions |
|---|---|---|---|
| | Hours worked period 3/1/22 to 3/15/22 | 454.8 | |
| | Other assignments | | |
| | Tips | 106.15 | |
| | Comissions | | |
| | Accounts receivable | | |
| | | 560.95 | 0 |

| TOTAL | | $ | 560.95 |
|---|---|---|---|
| Pay with | Date | | 3/16/22 |
| Receive Conform | | | |

110          3.50%

*Mirta* wellness center MIAMI

**Pay stub STAFF**

| Name: | GUADALUPE SUAZO | Area | **ASSIST** |
|---|---|---|---|

| Qty | Description | Assignments | Deductions |
|---|---|---|---|
|  | Hours worked period 4/16/22 to 4/30/22 | 256.8 |  |
|  | Other assignments |  |  |
|  | Tips | 77.20 |  |
|  | Comissions |  |  |
|  | Accounts receivable |  |  |
|  |  | 334 | 0 |

| TOTAL | | $ | 334.00 |
|---|---|---|---|
| Pay with | Date | | 5/1/22 |
| Receive Conform | | | |

80        3.50%

**Pay stub STAFF**

wellness center
MIAMI

| Name: | GUADALUPE SUAZO | Area | ASSIST |
|---|---|---|---|

| Qty | Description | Assignments | Deductions |
|---|---|---|---|
| | Hours worked period of 10/15/2022 to 10/31/2022 | 335.34 | |
| | Other assignments | | |
| | Tips | 208.07 | |
| | Comissions | | |
| | Accounts receivable | | |
| | | 543.4133 | 0 |

| TOTAL | | $ | 543.41 |
|---|---|---|---|
| Pay with | Date | | 10/31/2022 |
| Receive Conform | | | |

3.50%

215.62

wellness center
MIAMI

**Pay stub STAFF**

| Name: | GUADALUPE SUAZO | Area | **ASSIST** |
|-------|-----------------|------|------------|

| Qty | Description | Assignments | Deductions |
|-----|-------------|-------------|------------|
| | Hours worked period 6/1/22 to 6/15/22 | 397.34 | |
| | Other assignments | | |
| | Tips | 112.23 | |
| | Comissions | | |
| | Accounts receivable | | |
| | | 509.5695 | 0 |

| TOTAL | | $ | 509.57 |
|-------|------|---|--------|
| Pay with | Date | | 6/16/2022 |
| Receive Conform | | | |

116.3          3.50%

**Minta wellness center MIAMI**

**Pay stub STAFF**

| Name: | **GUADALUPE SUAZO** | Area | **ASSIST** |
|---|---|---|---|

| Qty | Description | Assignments | Deductions |
|---|---|---|---|
| | Hours worked period 5/16/22 to 5/31/22 | 419 | |
| | Other assignments | | |
| | Tips | 115.41 | |
| | Comissions | | |
| | Accounts receivable | | |
| | | 534.414 | 0 |

| TOTAL | | $ | 534.41 |
|---|---|---|---|
| Pay with | Date | | 6/1/22 |
| Receive Conform | | | |

119.6          3.50%

**Mirta wellness center MIAMI**

**Pay stub STAFF**

| Name: | **GUADALUPE SUAZO** | Area | **ASSIST** |
|---|---|---|---|

| Qty | Description | Assignments | Deductions |
|---|---|---|---|
| | Hours worked period 4/16/22 to 4/30/22 | 256.8 | |
| | Other assignments | | |
| | Tips | 77.20 | |
| | Comissions | | |
| | Accounts receivable | | |
| | | 334 | 0 |

| TOTAL | | $ | 334.00 |
|---|---|---|---|
| Pay with | Date | | 5/1/22 |
| Receive Conform | | | |

80          3.50%

**Minta wellness center MIAMI**

**Pay stub STAFF**

| Name: | GUADALUPE SUAZO | Area | **ASSIST** |
|---|---|---|---|

| Qty | Description | Assignments | Deductions |
|---|---|---|---|
| | Hours worked period of 10/01/2022 to 10/15/2022 | 400.35 | |
| | Other assignments | | |
| | Tips | 125.04 | |
| | Comissions | | |
| | Accounts receivable | | |
| | | 525.3947 | 0 |

| TOTAL | | $ | 525.39 |
|---|---|---|---|
| Pay with | Date | | 10/16/2022 |
| Receive Conform | | | |

3.50%

129.58

**Pay stub STAFF**

| Name: | **GUADALUPE SUAZO** | Area | **ASSIST** |
|-------|----------------------|------|------------|

| Qty | Description | Assignments | Deductions |
|-----|-------------|-------------|------------|
| | Hours worked period 7/16/22 to 7/31/22 | 542 | |
| | Other assignments | | |
| | Tips | 96.46 | |
| | Comissions | | |
| | Accounts receivable | | |
| | | 638.4614 | 0 |

| TOTAL | | $ | 638.46 |
|-------|--|---|--------|
| Pay with | Date | | 7/31/2022 |
| Receive Conform | | | |

3.50%

99.96

**wellness center** MIAMI

**Pay stub STAFF**

| Name: | **GUADALUPE SUAZO** | Area | **ASSIST** |
|-------|---------------------|------|------------|

| Qty | Description | Assignments | Deductions |
|-----|-------------|-------------|------------|
|  | Hours worked period 8/16/22 to 8/31/22 | 409.8 |  |
|  | Other assignments |  |  |
|  | Tips | 114.92 |  |
|  | Comissions |  |  |
|  | Accounts receivable |  |  |
|  |  | 524.72185 | 0 |

| TOTAL | | $ | 524.72 |
|-------|--|---|--------|
| Pay with | Date | | 9/1/2022 |
| Receive Conform | | | |

3.50%

119.09

**Mirta wellness center MIAMI**

**Pay stub STAFF**

| Name: | **GUADALUPE SUAZO** | | Area | **ASSIST** |
|-------|----------------------|--|------|------------|

| Qty | Description | Assignments | Deductions |
|-----|-------------|-------------|------------|
| | Hours worked period 8/1/22 to 8/15/22 | 409.8 | |
| | Other assignments | | |
| | Tips | 182.78 | |
| | Comissions | | |
| | Accounts receivable | | |
| | | 592.58065 | 0 |

| TOTAL | | $ | 592.58 |
|-------|--|---|--------|
| Pay with | | Date | 8/16/2022 |
| Receive Conform | | | |

3.50%

189.41

**Minto wellness center MIAMI**

**Pay stub STAFF**

| Name: | **GUADALUPE SUAZO** | Area | **ASSIST** |
|---|---|---|---|

| Qty | Description | Assignments | Deductions |
|---|---|---|---|
| | Hours worked period 9/1/22 to 9/15/22 | 396.01 | |
| | Other assignments | | |
| | Tips | 216.41 | |
| | Comissions | | |
| | Accounts receivable | | |
| | | 612.4209 | 0 |

| TOTAL | | $ | 612.42 |
|---|---|---|---|
| Pay with | | Date | 9/16/2022 |
| Receive Conform | | | |

3.50%

224.26

**Mints wellness center MIAMI**

**Pay stub STAFF**

| Name: | **GUADALUPE SUAZO** | Area | **ASSIST** |
|---|---|---|---|

| Qty | Description | Assignments | Deductions |
|---|---|---|---|
| | Hours worked period 9/16/22 to 9/30/22 | 191.51 | |
| | Other assignments | | |
| | Tips | 73.04 | |
| | Comissions | | |
| | Accounts receivable | | |
| | | 264.55085 | 0 |

| TOTAL | | $ | 264.55 |
|---|---|---|---|
| Pay with | Date | | 10/1/2022 |
| Receive Conform | | | |

3.50%

75.69

# EXHIBIT "B"

Maria Paula Christiansen
**MINT DESIGN LLC**
349 miracle mile
Miami, FL 33134

0364
63-215/631

DATE Sep / 16 / 22

PAY TO THE ORDER OF  Paola   Banegas                     $ 560,23

five hundred sixty  23/100                          **DOLLARS**

SunTrust

FOR _____

M⁼ Paola Christianse

---

1019

SECURED BY
EZSHIELD

**MINT CENTER LLC**
3113 PONCE DE LEON BLVD
CORAL GABLES, FL 33134-6816

DATE 8 / 22 / 22    63-9138/2631

PAY TO THE ORDER OF  Paola   Bonegas                   $ 813.72

eight hundred thirteen  72/100                        **DOLLARS**

**TRUIST** HH

FOR _____

M⁼ Paula Christianse

---

Deposit   04/05

0722
63-215/631

**Mint Center LLC**
3113 Ponce de Leon
Coral Gables, FL 33134

DATE 4 / 4 / 22

PAY TO THE ORDER OF  Paola   Banegas                   $ 1333.78

one thousand three hundred thirty three  78/100 DOLLARS

SunTrust Bank

FOR _____

M⁼ Paola Christianse

**Mint Center LLC**
3113 Ponce de Leon
Coral Gables, FL 33134

0756
63-215/631

DATE 5/13/22

PAY TO THE ORDER OF Paola Bonegas                          $ 711,26=

seven hundred eleven 26/100                          DOLLARS

SunTrust Bank

FOR _____                    Mª Paula Christiansen

---

**Maria Paula Christiansen**
**MINT DESIGN LLC**
349 miracle mile
Miami, FL 33134

0383
63-215/631

DATE Oct. 3/2022

PAY TO THE ORDER OF Paola Bonegas                          $ 736,94

seven hundred thirty six 94/100                          DOLLARS

SunTrust

FOR _____                    Mª Paula Christiansen

---

Deposit- 05/25/22

**Mint Center LLC**
3113 Ponce de Leon
Coral Gables, FL 33134

0820
63-215/631

DATE 5/25/22

PAY TO THE ORDER OF Paola Bonegas                          $ 889.86

eight hundred eighty nine 86/100                          DOLLARS

SunTrust Bank

FOR _____                    Mª Paula Christiansen

**Mint Center LLC**
3113 Ponce de Leon
Coral Gables, FL 33134

0847
63-215/631

DATE 6/3/22

PAY TO THE ORDER OF Poola Bonegos                    $ 1290.44

one thousand two hundred ninety 44/100 DOLLARS

SunTrust Bank

Ma Poola Christansen

FOR _____

---

**MINT CENTER LLC**
3113 PONCE DE LEON BLVD
CORAL GABLES, FL 33134-6816

1040

SECURED BY EZSHIELD

DATE Sep 2/2022    63-9138/2631

PAY TO THE ORDER OF Paola Banegas              $ 590,28

five hundred nineteen 28/100                   DOLLARS

TRUIST

FOR _____

Ma Paola Christiansen

---

**Mint Center LLC**
3113 Ponce de Leon
Coral Gables, FL 33134

0801
63-215/631

DATE 5/15/22

PAY TO THE ORDER OF Paola Banegas              $ 889,86

eight hundred eighty nine 86/100              DOLLARS

SunTrust Bank

Ma Paola Christiansen

FOR _____

**Mints wellness center MIAMI**

**Pay stub STAFF**

| Name: | **PAOLA BANEGAS** | | Area | **ASSIST** |
|-------|-------------------|--|------|-----------|

| Qty | Description | Assignments | Deductions |
|-----|-------------|-------------|------------|
| | Hours worked period 3/16/22 to 3/31/22 | 114 – 1137,5 | –34 horas de mas. |
| | Other assignments | | |
| | Tips | 196,28 | |
| | Comissions | | |
| | Accounts receivable | | |
| | | 1333,78 | 0 |

| TOTAL | | $ | 1.333,78 |
|-------|--|---|----------|
| Pay with | Date | | 1/04/2022 |
| Receive Conform | | | |

203,4          3,50%

**wellness center**
MIAMI

**Pay stub STAFF**

| Name: | **PAOLA BANEGAS** | Area | **ASSIST** |
|---|---|---|---|

| Qty | Description | Assignments | Deductions |
|---|---|---|---|
| | Hours worked period 4/16/22 to 4/30/22 | ‒ 577.7 | |
| | Other assignments | | |
| | Tips | 133.56 | |
| | Comissions | | |
| | Accounts receivable | | |
| | | 711.26 | 0 |

| TOTAL | | $ | 711.26 |
|---|---|---|---|
| Pay with | Date | | 5/1/22 |
| Receive Conform | | | |

138.4        3.50%

*Minto*
wellness center
MIAMI

**Pay stub STAFF**

| Name: | **PAOLA BANEGAS** | Area | **ASSIST** |
|-------|-------------------|------|------------|

| Qty | Description | Assignments | Deductions |
|-----|-------------|-------------|------------|
|  | Hours worked period 5/16/22 to 5/31/22 | 105 - 1059.52 | 25.9 *horas* |
|  | Other assignments |  |  |
|  | Tips | 230.92 |  |
|  | Comissions |  |  |
|  | Accounts receivable |  |  |
|  |  | 1290.44 | 0 |

| TOTAL |  |  | $ | 1,290.44 |
|-------|--|--|---|----------|
| Pay with |  | Date |  | 6/1/22 |
| Receive Conform |  |  |  |  |

239.3        3.50%

*Minto* wellness center MIAMI

**Pay stub STAFF**

| Name: | **PAOLA BANEGAS** | | Area | **ASSIST** |
|-------|-------------------|--|------|------------|

| Qty | Description | Assignments | Deductions |
|-----|-------------|-------------|------------|
| | Hours worked period 4/16/22 to 4/30/22 | 766.3 | |
| | Other assignments  5/1/22 - 5/15/22 | 163.56 | |
| | Tips | | |
| | Comissions | | |
| | Accounts receivable | -40 | |
| | | 889.86 | 0 |

| TOTAL | | $ | 889.86 |
|-------|--|---|--------|
| Pay with | Date | | 5/15/22 |
| Receive Conform | | | |

138.4          3.50%

**Pay stub STAFF**

Mints wellness center MIAMI

| Name: | **PAOLA BANEGAS** | Area | **ASSIST** |
|-------|-------------------|------|------------|

| Qty | Description | Assignments | | Deductions |
|-----|-------------|-------------|---|------------|
| | Hours worked period 6/1/22 to 6/15/22 | 88.3 | 883.7 | 8.3 horas. |
| | Other assignments | | | |
| | Tips | | 98.33 | |
| | Comissions | | | |
| | Accounts receivable | | | |
| | | | 982.03 | 0 |

| TOTAL | | $ | 982.03 |
|-------|---|---|--------|
| Pay with | Date | | 6/16/2022 |
| Receive Conform | | | |

101.9        3.50%

*Mints*
wellness center
MIAMI

**Pay stub STAFF**

| Name: | **PAOLA BANEGAS** | | Area | | **ASSIST** |
|-------|-------------------|---|------|---|-----------|

| Qty | Description | | Assignments | Deductions |
|-----|-------------|---|-------------|------------|
| | Hours worked period 6/16/22 to 6/30/22 | | 790.5 | |
| | Other assignments | | 66.59 | |
| | Tips | | | |
| | Comissions | | | |
| | Accounts receivable | | | |
| | | | 857.09 | 0 |

| | | | $ | 857.09 |
|---|---|---|---|--------|
| TOTAL | | Date | | 7/1/2022 |
| Pay with | | | | |
| Receive Conform | | | | |

69            3.50%

**Pay stub STAFF**

wellness center
MIAMI

| Name: | **MILDRED BARDALES** | Area | **ASSIST** |
|---|---|---|---|

| Qty | Description | Assignments | Deductions |
|---|---|---|---|
| | Hours worked period 7/16/22 to 7/31/22 | 645.6 | |
| | Other assignments | | |
| | Tips | 96.31 | |
| | Comissions | | |
| | | 741.907 | 0 |

| TOTAL | | | $ | 741.91 |
|---|---|---|---|---|
| Pay with | | Date | | 7/31/2022 |
| Receive Conform | | | | |

99.8     3.50%

**Mint wellness center MIAMI**

**Pay stub STAFF**

| Name: | **PAOLA BANEGAS** | Area | **ASSIST** |
|-------|-------------------|------|-----------|

| Qty | Description | Assignments | Deductions |
|-----|-------------|-------------|------------|
| | Hours worked period 7/16/22 to 7/31/22 | 99.5    995 | 19.5 |
| | Other assignments | | |
| | Tips | 178.53 | |
| | Comissions | | |
| | Accounts receivable | | |
| | | 1173.53 | 0 |

| TOTAL | | $ | 1,173.53 |
|-------|--|---|----------|
| Pay with | Date | | 7/31/2022 |
| Receive Conform | | | |

185        3.50%

**Pay stub STAFF**

wellness center
MIAMI

| Name: | **PAOLA BANEGAS** | Area | **ASSIST** |
|-------|-------------------|------|------------|

| Qty | Description | Assignments | Deductions |
|-----|-------------|-------------|------------|
|  | Hours worked period 8/16/22 to 8/31/22 | 520.8 |  |
|  | Other assignments |  |  |
|  | Tips | 69.48 |  |
|  | Comissions |  |  |
|  | Accounts receivable |  |  |
|  |  | 590.28 | 0 |

| TOTAL |  | $ | 590.28 |
|-------|--|---|--------|
| Pay with | Date |  | 9/1/2022 |
| Receive Conform |  |  |  |

72          3.50%

*Minto*
wellness center
MIAMI

**Pay stub STAFF**

| Name: | **PAOLA BANEGAS** | Area | **ASSIST** |
|---|---|---|---|

| Qty | Description | Assignments | Deductions |
|---|---|---|---|
| | Hours worked period 9/1/22 to 9/15/22 | 488.34 | |
| | Other assignments | 71.89 | |
| | Tips | | |
| | Comissions | | |
| | Accounts receivable | | |
| | | 560.23 | 0 |

| TOTAL | | $ | 560.23 |
|---|---|---|---|
| Pay with | Date | | 9/16/2022 |
| Receive Conform | | | |

74.5        3.50%

**wellness center**
MIAMI

**Pay stub STAFF**

| Name: | **PAOLA BANEGAS** | | Area | **ASSIST** |
|-------|-------------------|--|------|------------|

| Qty | Description | Assignments | Deductions |
|-----|-------------|-------------|------------|
| | Hours worked period 9/1/22 to 9/15/22 | 719.5 | 21 horas |
| | Other assignments | | |
| | Tips | 17.44 | |
| | Comissions | | |
| | Accounts receivable | | |
| | | 736.94 | 0 |

| TOTAL | | $ | 736.94 |
|-------|--|---|--------|
| Pay with | | Date | 9/16/2022 |
| Receive Conform | | | |

18.07          3.50%

EXHIBIT "C"

**Mints wellness center MIAMI**

**Pay stub STAFF**

| Name: | **MILDRED BARDALES** | Area | **ASSIST** |
|---|---|---|---|

| Qty | Description | Assignments | Deductions |
|---|---|---|---|
| 109 | Hours worked period 9/1/21 to 9/15/21<br>Other assignments<br>Tips<br>Accounts receivable<br>Accounts receivable | *109* ← 1090<br><br>120.62 | *29* |
| | | 1210.62 | 0 |

| TOTAL | | $ | 1,210.62 |
|---|---|---|---|
| Pay with | | Date | 9/1/21 |
| Receive Conform | | | |

**Mint**
wellness center
MIAMI

**Pay stub STAFF**

| Name: | **MILDRED BARDALES** | Area | | **ASSIST** |
|---|---|---|---|---|

| Qty | Description | Assignments | Deductions |
|---|---|---|---|
| 108.93 | Hours worked period 11/01/21 to 11/15/21 | 130 ~ 1307.16 | 50 - |
| | Other assignments | | |
| | Tips | 111.07 | |
| | Accounts receivable | | |
| | Accounts receivable | | |
| | | 1418.23 | 0 |

| TOTAL | | $ | 1,418.23 |
|---|---|---|---|
| Pay with | Date | | 11/16/21 |
| Receive Conform | | | |

115.1

*Mirto*
wellness center
MIAMI

**Pay stub STAFF**

| Name: | **MILDRED BARDALES** | Area | **ASSIST** |
|---|---|---|---|

| Qty | Description | Assignments | Deductions |
|---|---|---|---|
| | Hours worked period 4/16/22 to 4/30/22 | 862 | |
| | Other assignments | | |
| | Tips | 59.83 | |
| | Comissions | | |
| | Accounts receivable | | |
| | | 921.83 | 0 |

| TOTAL | | $ | 921.83 |
|---|---|---|---|
| Pay with | Date | | 5/1/22 |
| Receive Conform | | | |

62        3.50%

wellness center
MIAMI

**Pay stub STAFF**

| Name: | **MILDRED BARDALES** | Area | **ASSIST** |
|---|---|---|---|

| Qty | Description | Assignments | Deductions |
|---|---|---|---|
| | Hours worked period 7/1/22 to 7/15/22 | 653.6 | |
| | Other assignments | | |
| | Tips | 95.54 | |
| | Comissions | | |
| | Valet + transporte | 41 | |
| | | 790.135 | 0 |

| TOTAL | | $ | 790.14 |
|---|---|---|---|
| Pay with | Date | | 7/16/2022 |
| Receive Conform | | | |

99          3.50%

**Mint wellness center MIAMI**

**Pay stub STAFF**

| Name: | **MILDRED BARDALES** | Area | **ASSIST** |
|---|---|---|---|

| Qty | Description | Assignments | Deductions |
|---|---|---|---|
| | Hours worked period of 12/16/2022 to 12/31/2022 | 479.4 | |
| | Other assignments | | |
| | Tips | 163.86 | |
| | Limpieza | | |
| | | 643.257 | 0 |

| TOTAL | CASH | $ | 643.26 |
|---|---|---|---|
| Pay with | Date | | 1/1/2022 |
| Receive Conform | | | |

169.8          3.50%

EXHIBIT "D"

**Mint Center LLC**
3113 Ponce de Leon
Coral Gables, FL 33134

0772
63-215/631

DATE 5/3/22

PAY TO THE ORDER OF Paola Espnoza                    $ 1250.15

one thousand two hundred fifty 15/100      DOLLARS

**SunTrust Bank**

FOR _____                    Mª Paola Christiansen

---

**MINT CENTER LLC**
3113 PONCE DE LEON BLVD
CORAL GABLES, FL 33134-6816

SECURED BY EZSHIELD

1004

DATE Aug. 16/2022   63-9138/2631

PAY TO THE ORDER OF Paola Espinoza                    $ 1342.45

one thousand three hundred fourteetwo 45/100 DOLLARS

**TRUIST**

FOR _____                    Mª Paola Christiansen

---

**Maria Paula Christiansen**
**MINT DESIGN LLC**
349 miracle mile
Miami, FL 33134

0232
63-215/631

DATE 3/12/22

PAY TO THE ORDER OF Paola Espinoza                    $ 44.68

forty four 68/100            DOLLARS

**SunTrust**

FOR _____                    Mª Paula Christiansen

**Minto wellness center MIAMI**

**Pay stub STAFF**

| Name: | Paola Espinoza | | Area | **ASSIST** |
|-------|----------------|--|------|------------|

| Qty | Description | Assignments | Deductions |
|-----|-------------|-------------|------------|
| | Hours worked period 8/1/22 to 8/15/22 | 1217 | |
| | Other assignments | | |
| | Tips | 125.45 | |
| | Comissions | | |
| | Accounts receivable | | |
| | | 1342.45 | 0 |

| TOTAL | | $ | 1,342.45 |
|-------|--|---|----------|
| Pay with | Date | | 8/16/2022 |
| Receive Conform | | | |

130          3.50%

*Pen diente del break*
*Revisar por favor*
*Courtney*

**Mirto wellness center MIAMI**

**Pay stub STAFF**

| Name: | **Paola Espinoza** | Area | **ASSIST** |
|---|---|---|---|

| Qty | Description | Assignments | Deductions |
|---|---|---|---|
| | Hours worked period 7/1/22 to 7/15/22 | 1219.2 | |
| | Other assignments | | |
| | Tips | 190.10 | |
| | Comissions | | |
| | Accounts receivable | | |
| | | 1409.30 | 0 |

| TOTAL | | $ | 1,409.30 |
|---|---|---|---|
| Pay with | Date | | 7/16/2022 |
| Receive Conform | | | |

3.50%

**wellness center**
MIAMI

**Pay stub STAFF**

| Name: | **VIVIANA SUAREZ** | Area | **ASSIST** |
|-------|--------------------|------|------------|

| Qty | Description | Assignments | Deductions |
|-----|-------------|-------------|------------|
| | Hours worked period 7/1/22 to 7/15/22 | 399.2 | |
| | Other assignments | | |
| | Tips | 0.00 | |
| | Comissions | | |
| | Accounts receivable | | |
| | | 399.20 | 0 |

| TOTAL | | $ | 399.20 |
|-------|--|---|--------|
| Pay with | Date | | 7/16/2022 |
| Receive Conform | | | |

3.50%

4 HORAS

975

*Mirta* wellness center
MIAMI

**Pay stub STAFF**

| Name: | PAOLA ESPINOZA | Area | **ASSIST** |
|---|---|---|---|

| Qty | Description | Assignments | Deductions |
|---|---|---|---|
| | **Hours worked period 4/1/22 to 4/15/22** | 1181.88 | |
| | Other assignments | | |
| | Tips | 68.27 | |
| | Comissions | | |
| | Accounts receivable | | |
| | Accounts receivable | | |
| | | 1250.15375 | 0 |

| TOTAL | | $ | 1,250.15 |
|---|---|---|---|
| Pay with Check | Date | | 5/1/22 |
| Receive Conform | | | |

70.75          3.50%