UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-21530-RAR

GUADALUPE SUAZO DE ORDONEZ
JOSSELIN PAOLA BANEGAS BARDALES,
MILDRED MARISOL BARDALES OCHOA,
JEIMY PAOLA ESPINOZA,
ANA MARIA PENAGOS,
and all similarly situated individuals,

    Plaintiff,

v.

MINT CENTER LLC, d/b/a
MINT WELLNESS CENTER MIAMI,
A Florida Limited Liability Company and
MINT DESIGN LLC, A Florida Limited
Liability Company

    Defendants.
_____/

## NOTICE OF SETTLEMENT

**COMES NOW** Plaintiffs, **GUADALUPE SUAZO DE ORDONEZ, JOSSELIN PAOLA BANEGAS BARDALES, MILDRED MARISOL BARDALES OCHOA, JEIMY PAOLA ESPINOZA**, **ANA MARIA PENAGOS**, and Defendants, **MINT CENTER LLC and MINT DESIGN LLC,** hereby give notice to the Court that a settlement has been reached in this case as to Attorney's Fees and costs pursuant to Local Rule 16.4. The parties will be submitting a Joint Motion for approval upon finalization of settlement documents.

Respectfully submitted on this 5th day of December, 2023

By:/s/ Brian Yosef_____
Brian Yosef, Esq.
Florida Bar No. 31179
ISRIEL PONZOLI, P.A.
2121 SW 3rd Avenue, 7th Floor
Miami, Florida 33129
Telephone: (305) 577-4800
Facsimile:  (305) 577-4808
Email: byosef@isrielponzoli.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 27th day of November, 2023 a true and correct copy of the foregoing was served via e-mail to opposing counsels and also filed on this 5th day of December, 2023 via electronic filing using the CM/ECF system with the Clerk of Court which sent e-mail notification of such filing to all CM/ECF participants in this case, and a copy was forwarded via e-mail to:

| | |
|---|---|
| RICHARD J. DIAZ, P.A. | LAW OFFICE OF LOWELL J. KUVIN |
| 3127 Ponce de Leon Blvd. | 17 East Flagler St. Suite 223 |
| Coral Gables, FL 33134 | Miami Florida 33131 |
| Tel.: (305) 444-7181 | Tele: (305) 358-6800 |
| Email: rick@rjdpa.com | Email: lowell@kuvin.law |
| Attorney for Defendants | Attorney for Defendants |

By:/s/ Brian Yosef_____
Brian Yosef, Esq.
Florida Bar No. 31179