UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-CV-21530-RAR

GUADALUPE SUAZO DE ORDONEZ
JOSSELIN PAOLA BANEGAS BARDALES,
MILDRED MARISOL BARDALES OCHOA,
JEIMY PAOLA ESPINOZA,
ANA MARIA PENAGOS,
and all similarly situated individuals,

       Plaintiff,

v.

MINT CENTER LLC, d/b/a
MINT WELLNESS CENTER MIAMI,
A Florida Limited Liability Company and
MINT DESIGN LLC, A Florida Limited
Liability Company

       Defendants.
_____/

## NOTICE OF FILING

COMES NOW the Plaintiff, GUADALUPE SUAZO DE ORDONEZ, JOSSELIN PAOLA BANEGAS BARDALES, MILDRED MARISOL BARDALES OCHOA, JEIMY PAOLA ESPINOZA and ANA MARIA PENAGOS, by and through its undersigned attorney and gives notice of filing the attached *which* is being filed in connection with the above-styled matter.

Respectfully submitted on this 20th day of May, 2024

By:/s/ Brian Yosef_____
Brian Yosef, Esq.
Florida Bar No. 31179
ISRIEL PONZOLI, P.A.
2121 SW 3rd Avenue, 7th Floor
Miami, Florida 33129
Telephone: (305) 577-4800
Facsimile: (305) 577-4808
Email: byosef@ips-law.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

 **I HEREBY CERTIFY** that on this 20th day of May, 2024 a true and correct copy of the foregoing was filed via electronic filing using the CM/ECF system with the Clerk of Court which sent e-mail notification of such filing to all CM/ECF participants in this case, and a copy was forwarded via e-mail to:

RICHARD J. DIAZ, P.A.
3127 Ponce de Leon Blvd.
Coral Gables, FL 33134
Tel.: (305) 444-7181
Email: rick@rjdpa.com
Attorney for Defendants

LAW OFFICE OF LOWELL J. KUVIN
17 East Flagler Street, Suite 223
Miami, FL 33131
Tel: (305) 358-6800
Email: lowell@kuvin.law
Attorney for Defendants

                 By:/s/ Brian Yosef_____
                 Brian Yosef, Esq.
                 Florida Bar No. 31179

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-21530-RAR

GUADALUPE SUAZO DE ORDONEZ,
JOSSELIN PAOLA BANEGAS BARDALES,
MILDRED MARISOL BARDALES OCHOA,
JEIMY PAOLA ESPINOZA
ANA MARIA PENAGOS,
and all similarly situated individuals,

       Plaintiffs,

v.

MINT CENTER LLC, d/b/a
MINT WELLNESS CENTER MIAMI,
A Florida Limited Liability Company and
MINT DESIGN LLC, A Florida Limited
Liability Company

       Defendants.
_____/

<u>**PLAINTIFFS' AFFIDAVIT OF NON-PAYMENT**</u>

    BEFORE ME, the undersigned authority, appeared **Brian Yosef, Esq.** who after being duly sworn, deposes and states upon his own personal knowledge that:

1. My name is Brian Yosef and I am over the age of 18 and am *Sui Juris* in all Respects.

2. I am the attorney responsible for the litigation in this matter as well as collecting the amounts owed under the stipulation for Settlement entered into by the Parties. To that end, this affidavit is based on my personal knowledge.

3. Pursuant to the Parties Agreement, the Plaintiffs were to pay $2,500.00 per month, for six (6) months, beginning on January 1, 2024. Payment was due on the 1st of each month.

4. Defendants made two (2) payments, but defaulted on remaining payments which were due on March, April, and May.

5. Therefore, Defendants are in arrears in the amount of $7,500.00 plus interest and attorney's fees and costs. Additionally, Defendants due to the Defendants default the final payment is now due in the amount of $2,500.00 totaling $10,000.00

FURTHER AFFIANT SAYETH NAUGHT.

_____
Brian Yosef, Esq.

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

Sworn to and acknowledged before me this 9th day of May, 2024 by Brian Yosef, he is personally known to me or has produced _____ as identification and did / did not take an oath.

_____
NOTARY PUBLIC

Notary Public State of Florida
Matilde P Dopico
My Commission HH 326697
Expires 10/27/2026