UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-CV-21530-RAR

GUADALUPE SUAZO DE ORDONEZ
JOSSELIN PAOLA BANEGAS BARDALES,
MILDRED MARISOL BARDALES OCHOA,
JEIMY PAOLA ESPINOZA,
ANA MARIA PENAGOS,
and all similarly situated individuals,

       Plaintiff,

v.

MINT CENTER LLC, d/b/a
MINT WELLNESS CENTER MIAMI,
A Florida Limited Liability Company and
MINT DESIGN LLC, A Florida Limited
Liability Company

       Defendants.
_____/

## FINAL JUDGMENT

     This Matter was before me pursuant to the Plaintiffs' Motion to Enforce Settlement and Entry of a Final Judgment [EFC No.___]. On July 31, 2023, the Parties attended a settlement conference with Magistrate Judge Becerra [ECF No. 42] wherein a settlement was reached as to the damages to be paid to the Plaintiffs. As part of the settlement the Defendants agreed and stipulated to the Plaintiffs' entitlement to their reasonable attorney's fees and costs. On October 16, 2023, Magistrate Judge Becerra entered an Order Memorializing Approval of the FLSA Settlement [ECF No. 47] and reserving Jurisdiction to enforce the settlement. On December 5, 2023, the Plaintiffs filed the Notice of Settlement [ECF No. 48] and the Joint Motion for Approval of Settlement of Attorney's Fees and Costs with the Stipulation for Settlement attached. [ECF No. 49]. On or about December 8, 2023, [ECF No. 50] the Court entered an Order of Dismissal with Prejudice granting the Joint Motion for Approval of Settlement of Attorney's Fees and Costs and entering Judgment in favor of the Plaintiffs for the amount of $15,000.00. Pursuant to the Parties Agreement, the Defendants were to pay $2,500.00 per month, for six (6) months, beginning on January 1, 2024.  Payment was due on the 1st of each month. Defendants made two (2) payments, but defaulted on the remaining payments due March, April, and May.

     Therefore, it is hereby **ORDERED and ADJUDGED** that Final Judgment is entered in favor of the Plaintiffs in the amount of $12,500.00, plus pre and post judgment interest and for the Plaintiffs' attorney's fees and costs against defendants, MINT CENTER LLC, d/b/a  MINT WELLNESS CENTER MIAMI and MINT DESIGN LLC. The Court reserves jurisdiction to

determine the amount of the pre and post judgment interest and for the Plaintiffs' attorney's fees and costs. The Court retains jurisdiction of this case to enforce this Judgment. Let execution issue forthwith.

**DONE and ORDERED** in chambers, at Miami, Florida, this \_\_\_\_ day of May, 2024.

_____
RODOLFO A. RUIZ, II
United State District Judge

Copies furnished to:
Jacqueline Becerra, U.S. Magistrate Judge
Counsel of record